USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2020

**MEMORANDUM ENDORSEMENT**

<u>Putnam at Tinton Falls, LLC v. Annunziata</u>, 7:20-mc-281 (NSR)

The Court is in receipt of the pre-motion letter of nonparty Andrew Panken, dated August 27, 2020, seeking leave of the Court to file a motion to quash a post judgment subpoena. (ECF No. 5.) The Court has also reviewed Plaintiff's letter, dated September 2, 2020, seeking to file a motion to enforce the subpoena or reopen this proceeding to obtain the necessary discovery. (ECF No. 6.)

The Court waives the pre-motion conference requirement and grants Panken and Plaintiff leave to file their motions with the following briefing schedule: (1) Panken's moving papers shall be served, not filed, on November 13, 2020; (2) Plaintiff's opposition and cross motion papers shall be served, not filed, on December 18, 2020; (3) Panken's reply and opposition to Plaintiff's cross-motion shall be served, not filed, on January 22, 2021; and (4) Plaintiff's reply papers shall be served on February 12, 2021. **The parties are directed to file all motion documents on Plaintiff's reply date, February 12, 2021**.

The parties shall provide two (2) copies of their respective motion documents to Chambers on the date the documents are served upon their adversary. The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 5 and 6.

Dated: October 2, 2020
White Plains, NY

SO ORDERED.

Nelson S. Román, U.S.D.J.